

230 Park Avenue
New York, NY 10169
otterbourg.com
212 661 9100

Erik B. Weinick
Member of the Firm
eweinick@otterbourg.com
212 905 3672

June 23, 2022

US District Court for the Southern District of Ohio
Attn: Office of the Clerk
85 Marconi Boulevard, Room 121
Joseph P. Kinneary US Courthouse
Columbus, OH 43215

Re: *SEC v. StraightPath Venture Partners LLC et al.*, No. 1:22-cv-03897-LAK (S.D.N.Y.) - Request for Miscellaneous Filing

Dear Clerk of Court:

This firm is proposed counsel to Melanie L. Cyganowski, as Receiver (the "*Receiver*") for SP Ventures Fund LLC, SP Ventures Fund 2 LLC, SP Ventures Fund 3 LLC, SP Ventures Fund 4 LLC, SP Ventures Fund 5 LLC, SP Ventures Fund 6 LLC, SP Ventures Fund 7 LLC, SP Ventures Fund 8 LLC, SP Ventures Fund 9 LLC, StraightPath Venture Partners LLC, and StraightPath Management LLC.

The Receiver was appointed by an order dated June 14, 2022, issued by the U.S. District Court for the Southern District of New York in the matter captioned *Securities and Exchange Commission v. Straightpath Venture Partners, LLC et al.*, 1:22-cv-03897-LAK (S.D.N.Y.) (the "*Receivership Case*"). In accordance with 28 U.S.C. § 754, enclosed is a copy of the SEC Complaint and the Consent Order Appointing Receiver (the "*Order*"), Dkt. Nos. 1 and 56 respectively in the Receivership Case, which we respectfully request that you file as miscellaneous case filings in this District. We enclose a check for $49.00 for the filing fee. Also enclosed is a pre-addressed envelope that we request the Court use to send confirmation of the filing.

Please note the Receiver is requesting the filing of the SEC Complaint and Order to preserve jurisdiction. This filing is not on behalf of the SEC. Should you have any questions regarding this request, please contact me. Thank you for your continued cooperation.

Very truly yours,

*/s/ Erik B. Weinick*
Erik B. Weinick
NY Bar No. 4052247

Enclosures